UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUZANNE DAVENPORT and
JIMMIE DAVENPORT,

    Plaintiffs,

v.                                                      CASE NO: 8:07-cv-1157-T-23EAJ

BERLEX, INC., et al.,

    Defendants.
_____/

**ORDER**

On August 14, 2007, and again on August 15, 2007, the defendants Bayer HealthCare Pharmaceuticals, Inc., ("Bayer") and Bayer Schering Pharma AG[1] ("Bayer Schering") moved (Docs. 12-13) for an extension of time to respond to the plaintiffs' complaint. Although Bayer Schering contends that the plaintiffs have not effectively served Bayer Schering, counsel for Bayer and Bayer Schering (collectively, the "defendants") inadvertently moved for the extension on behalf of both defendants.

An August 17, 2007, order (Doc. 17) granted the August 15, 2007, motion and extended the defendants' time to respond to the complaint until September 17, 2007. Approximately two hours after the order was entered, Bayer filed (Doc. 18) a "Notice of Withdrawal of Motion for Enlargement with Respect to Defendant Schering AG Germany Group and Request for Partial Vacation of the Court's Order of August 17, 2007 as It

---

[1] Bayer Schering Pharma AG states that Bayer Schering Pharma AG is the proper name of the defendant named as Schering AG Germany Group in the complaint. For ease of reference, this order will call both entities "Bayer Schering."

Relates to Schering AG Germany Group" (the "notice").  The notice was construed as a motion to vacate and denied (Doc. 23) for failure to comply with Local Rule 3.01(g).  On August 30, 2007, Bayer Schering moved (Doc. 24) to vacate the August 17, 2007, order as to Bayer Schering.  Bayer Schering argues that Bayer Schering remains unserved and neither waives service nor submits inadvertently to this court's jurisdiction by requesting relief.  The plaintiffs oppose the motion.  (Doc. 25)

Because the only relief Bayer Schering requests is vacating that part of the August 17, 2007, order that grants Bayer Schering an extension of time to respond to the complaint, Bayer Schering's motion  (Doc. 24) is **GRANTED**.[2]

ORDERED in Tampa, Florida, on September 10, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

[2] But see Martinez v. Picker Int'l, Inc., 635 F. Supp. 658, 659 (D.P.R. 1986) (defendant's "motion requesting additional time to answer or otherwise plead and its attorney's telephone conversations with plaintiffs' attorneys were neither a Rule 12 motion nor a responsive pleading . . . requiring the simultaneous raising of the Rule 12 defenses to prevent waiver").